Matter of Lek v Ramseur (2025 NY Slip Op 03651)

Matter of Lek v Ramseur

2025 NY Slip Op 03651

Decided on June 17, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: June 17, 2025

Before: Manzanet-Daniels, J.P., Webber, Kapnick, Higgitt, Michael, JJ. 

Appeal No. 4602|Case No. 2025-02558|

[*1]In the Matter of Olesya Aleksandrovna Lek, Petitioner,
v
Dakota D. Ramseur, etc., et al., Respondents.

Orrick, Herrington & Sutcliffe LLP, New York (Rene Kathawala of counsel), for petitioner.
Letitia James, Attorney General, New York (Shi-Shi Wang of counsel), for Hon. Dakota D. Ramseur, respondent.

The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules,
Now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon,
It is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements.
THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: June 17, 2025